**Electronically Filed
Supreme Court
SCPW-25-0000232
23-JUL-2025
01:04 PM
Dkt. 6 ODDP**

SCPW-25-0000232

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

SOMMER DAWN BIRKETT, Petitioner,

vs.

THE HONORABLE ROBERT J. BROWN,
Judge of the District Family Court of the First Circuit,
State of Hawai'i, Respondent Judge,

and

RYAN TARO BIRKETT, Respondent.

_____

ORIGINAL PROCEEDING
(CASE NO. 1DV221000879)

ORDER DENYING PETITION
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the document titled, "Formal Judicial Complaint Against Judge Robert J. Brown," filed March 24, 2025, which we construe as a petition for extraordinary writ, and the record, Petitioner has not demonstrated a clear and indisputable right to relief nor a lack of alternative means to seek relief. See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawai'i 307, 319,

537 P.3d 1154, 1166 (2023); see also Hawaiʻi Revised Statutes § 571-54 (2018); Eaton v. Eaton, 7 Haw. App. 111, 118-19, 748 P.2d 801, 805 (App. 1987).

It is ordered that the petition is denied.

It is also ordered that Petitioner's request for leave to proceed in forma pauperis in this original proceeding is granted. The appellate clerk shall process the petition without payment of the filing fees.

DATED: Honolulu, Hawaiʻi, July 23, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

